DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTONIO SANCHEZ-VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00147 AWI |
|---|---|---|
| Plaintiff, | ) | ***AMENDED*** STIPULATION CONTINUING STATUS CONFERENCE HEARING; |
| v. | ) | ORDER THEREON |
| ANTONIO SANCHEZ-VILLANUEVA, | ) | Date:  August 21, 2006 |
| Defendant. | ) | Time:  9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-referenced matter now set for July 17, 2006, may be continued to August 21, 2006, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow the parties additional time to attempt to resolve the case.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

DATED: July 13, 2006                    By   /s/  Steven M. Crass
                                                  STEVEN M. CRASS
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Public Defender

DATED: June 13, 2006                    By   /s/ Victor M. Chavez
                                                  VICTOR M. CHAVEZ
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  ANTONIO SANCHEZ-VILLANUEVA

## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     July 14, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE